1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  BRAYAN DAVID LAVERDE TORRES, | Case No.  1:26-cv-01645-KES-SKO (HC) |
| 12  Petitioner, | ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL |
| 13  v. | [Doc. 3] |
| 14  WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER |
| 15 | |
| 16  Respondents. | |

17

18      Petitioner is an immigration detainee proceeding pro se with a petition for a writ of habeas

19  corpus pursuant to 28 U.S.C. § 2241.

20      On February 27, 2026, Petitioner requested appointment of counsel. (Doc. 3.) Title 18

21  U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

22  interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

23  present case, the Court finds that the interests of justice require the appointment of counsel at the

24  present time given the complexity of the legal issues involved.

25      Accordingly, the Court HEREBY ORDERS:

26      1.   Counsel is APPOINTED for Petitioner.

27      2.   The Clerk of the Court shall serve a copy of this order and the petition on the Federal

28          Defender, Attention: Habeas Appointment at CAE_Appointments_Habeas@fd.org.

1

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

    a. Identify counsel and send counsel's contact information to undersigned's courtroom deputy Wendy Kusamura at wkusamura@caed.uscourts.gov, or

    b. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, file a motion to appoint counsel as CJA counsel *pro hac vice*.

IT IS SO ORDERED.

Dated:    **March 6, 2026**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE