# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN DAVID LAVERDE TORRES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-01645-KES-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT MIA CRAGER AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on March 6, 2026, (Doc. 12), the appointing authority for the Eastern District of California has confirmed that attorney Mia Crager has been appointed as counsel for Petitioner, effective as of March 10, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Mia Crager, AFD, 801 I Street, Third Floor, Sacramento, CA 95814 (916) 498-5700, Mia_Crager@fd.org, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated: **March 10, 2026**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE