# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVID LAVERDE TORRES, (A-Number: 246-821-840) | Case No.  1:26-cv-01645-KES-EGC-HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO TERMINATE MOTIONS AND CLOSE CASE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| WILLIAM K. MARSHALL, et al., | (ECF Nos. 9, 15) |
| Respondents. | |

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On April 28, 2026, Petitioner filed a notice of voluntary dismissal. (ECF No. 15.) Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, "an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper."

Pursuant to Petitioner's request, the Clerk of Court is directed to terminate outstanding motions and close the case pursuant to Petitioner's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   __**May 5, 2026**__                    _____

UNITED STATES MAGISTRATE JUDGE

1